ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Petition of -- | ) | |
| | ) | |
| Chant Engineering Co., Inc. | ) | ASBCA No. 61290-980 |
| | ) | |
| Under Contract No. W912NW-14-C-0010 | ) | |

APPEARANCE FOR THE PETITIONER: Marc Lamer, Esq.
Kostos and Lamer, P.C.
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT John M. McAdams III, JA
Trial Attorney

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

Pursuant to Board Rule 1(a)(5), Chant Engineering Co., Inc. (Chant) petitions the Board to direct the contracting officer (CO) to render a decision on its claim in advance of the 17 January 2018 date originally announced by the CO. The contractor is seeking $180,143 for out of scope work it asserts it was required by the government to do. Responding to the Board's 30 August 2017 Order, the government stated the CO would issue its decision one week earlier than originally announced, on 10 January instead of 17 January 2018. Petitioner, in correspondence dated 13 and 15 September 2017, suggested that a decision by 14 November 2017 would allow the CO sufficient time to consider the claim. The government has advised that the CO agrees and will issue a final decision on Chant's 21 June 2017 claim no later than 14 November 2017. We deem this date reasonable.

Accordingly, the Board hereby directs the CO to issue a decision on the contractor's claim by 14 November 2017.

This Order completes all necessary action by the Board. If the CO fails to comply with this Order, such failure will be deemed a decision by the CO denying the claim, and

the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: 20 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA 61290-980, Petition of Chant Engineering Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2